McCARTHY, JOHNSON & MILLER
   LAW CORPORATION
LORI A. NORD, ESQ., #87993
595 Market Street, Suite 2200
San Francisco, CA  94105
Telephone:  (415) 882-2992
Facsimile:  (415) 882-2999
E-mail:     lnord@mjmlaw.us

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE NORTHERN CALIFORNIA PLASTERERS HEALTH AND WELFARE TRUST FUND; BOARD OF TRUSTEES OF THE NORTHERN CALIFORNIA PLASTERING INDUSTRY PENSION TRUST FUND; and BOARD OF TRUSTEES OF THE NORTHERN CALIFORNIA PLASTERERS' JOINT APPRENTICESHIP AND TRAINING TRUST FUND, <br><br> Plaintiffs, <br><br> v. <br><br> AMERICAN CASUALTY CO. OF READING, PA, a corporation, and HARTFORD FIRE INSURANCE COMPANY, a corporation, <br><br> Defendants. | No. 1:06-CV-00075-OWW-SMS <br><br> **STIPULATION FOR EXTENSION OF TIME TO ANSWER COMPLAINT AND ORDER** |

   IT IS HEREBY STIPULATED AND AGREED by and between the parties hereto, personally or by their counsel, that:

   1.   Defendants each acknowledge they were served the Summons and Complaint and other pleadings in this case on March 10, 2006.

   2.   Plaintiffs hereby grant defendants a sixty (60) day extension of time until May 29, 2006 in which to answer the Complaint filed by plaintiffs and served on defendants.

STIPULATION FOR EXTENSION OF TIME TO ANSWER
COMPLAINT AND ORDER - 1:06-CV-00075-OWW-SMS                                      Page 1

3. No previous extension of time has been granted. The parties hope to have the case settled and dismissed before May 1, 2006.

4. The Status (Pretrial Scheduling) Conference currently scheduled for May 3, 2006 at 8:45 A.M. be continued to sometime on or after June 7, 2006 (to be scheduled at the Court's convenience).

5. This Stipulation may be executed in multiple counterparts, each of which shall constitute an original, and all of which taken together shall constitute one and the same agreement.

AMERICAN CASUALTY OF READING, PA

Dated: March 16, 2006      By:  /s/ Michael T. Ambroso

HARTFORD FIRE INSURANCE COMPANY

Dated: March 28, 2006      By:  /s/ Rick Levesque

McCARTHY, JOHNSON & MILLER
LAW CORPORATION

Dated: March 28, 2006      By:  /s/ Lori A. Nord
                                LORI A. NORD
                                Attorneys for Plaintiffs

IT IS SO ORDERED that the date for answering the complaint is extended to May 29, 2006 and the Status (Pretrial Scheduling) Conference is continued to June 9, 2006, at 8:45 AM.

IT IS SO ORDERED.

**Dated:   March 28, 2006**           **/s/ Oliver W. Wanger**
emm0d6                                UNITED STATES DISTRICT JUDGE