McCARTHY, JOHNSON & MILLER
   LAW CORPORATION
LORI A. NORD, ESQ., #87993
595 Market Street, Suite 2200
San Francisco, CA  94105
Telephone:  (415) 882-2992
Facsimile:  (415) 882-2999
E-mail:     lnord@mjmlaw.us

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE NORTHERN CALIFORNIA PLASTERERS HEALTH AND WELFARE TRUST FUND; BOARD OF TRUSTEES OF THE NORTHERN CALIFORNIA PLASTERING INDUSTRY PENSION TRUST FUND; and BOARD OF TRUSTEES OF THE NORTHERN CALIFORNIA PLASTERERS' JOINT APPRENTICESHIP AND TRAINING TRUST FUND,<br><br>            Plaintiffs,<br><br>  v.<br><br>AMERICAN CASUALTY CO. OF READING, PA, a corporation, and HARTFORD FIRE INSURANCE COMPANY, a corporation,<br><br>            Defendants. | No. 1:06-CV-00075-OWW-SMS<br><br>**STIPULATION AND ORDER FOR DISMISSAL** |

    It is hereby stipulated by and between the parties to the above-entitled action, acting through their counsel of record, that this lawsuit be dismissed without prejudice, pursuant to

////

////

////

////

STIPULATION AND ORDER FOR DISMISSAL - 1:06-CV-00075-OWW-SMS      Page 1

Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure.  The parties shall bear their own costs of suit and attorneys' fees.

             McCARTHY, JOHNSON & MILLER
                LAW CORPORATION

Dated:  May ____, 2006   By:  /s/ Lori A. Nord
               LORI A. NORD
               Attorneys for Plaintiffs

AMERICAN CASUALTY OF READING, PA

Dated:  May ____, 2006   By:  /s/ Michael T. Ambroso
               MICHAEL T. AMBROSO

HARTFORD FIRE INSURANCE COMPANY

Dated:  May ____, 2006   By:  /s/ Rick Levesque
               RICK LEVESQUE

IT IS SO ORDERED.

**Dated:   June 1, 2006**      **/s/ Oliver W. Wanger**
emm0d6            UNITED STATES DISTRICT JUDGE